1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    CARLOS HENDON,                          No.  2:19-cv-1177 JAM CKD P

12                 Plaintiff,

13          v.                                ORDER

14    J. DEGAZIO, et al.,

15                 Defendants.

16

17          Plaintiff has filed a sixth motion for an extension of time to file a second amended

18    complaint.  Good cause appearing, IT IS HEREBY ORDERED that:

19          1.  Plaintiff's motion for an extension of time (ECF No. 26) is granted; and

20          2.  Plaintiff shall file his second amended complaint on or before May 17, 2021.

21    Dated:  May 3, 2021

22                                            _____
                                              CAROLYN K. DELANEY
23                                            UNITED STATES MAGISTRATE JUDGE

24

25

26    12/hend1177.36(6)

27

28